UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOOVER, et al., <br>          Plaintiffs, <br>     v. <br><br> SERVICEAIDE, INC., <br>          Defendant. | Case No. 25-cv-04260-SVK <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| LEE HOLDSWORTH, et al., <br>          Plaintiffs, <br>     v. <br><br> SERVICEAIDE, INC., <br>          Defendant. | Case No. 25-cv-04265-SVK |
| KYLIE THOMPSON, et al., <br>          Plaintiffs, <br>     v. <br><br> SERVICEAIDE, INC., <br>          Defendant. | Case No. 25-cv-04272-SVK |
| ROY YAX, et al., <br>          Plaintiffs, <br>     v. <br><br> SERVICEAIDE, INC., <br>          Defendant. | Case No. 25-cv-04280-SVK |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby **REFERRED** to the Honorable P. Casey Pitts for consideration of whether the cases are related to *Wolf v. Serviceaide, Inc.*, 25-cv-4251-PCP.

**SO ORDERED.**

Dated: May 29, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge